In re Evans, Maxie Dayal, III; Evans, Laura; Evans, Maxie Dayal, IV; Evans, Marlene Mincey; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Orleans, Civil District Court, Div. “H”, No. 87-16967; to the Court of Appeal, Fourth Circuit, No. 93CA-0279.
Granted. Summary judgment is reversed and case is remanded to the trial court. Genuine issue of material fact. See also Consolidated Rail Corp. v. Gottshall, — U.S. -, 114 S.Ct. 2396, 129 L.Ed.2d 427 (1994).
LEMMON, J., would grant and docket.
WILLIAMS, J., not on panel.